**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00905-CV

**SJF FOREST LANE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND HSB FOREST LANE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SUCCESSORS-IN-INTEREST TO FL ASSOCIATES, LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellants/Cross-Appellees**

**V.**

**TRINA PHAN, Appellee/Cross-Appellant**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03613**

## ORDER

Before the Court is appellee/cross-appellant's January 13, 2023 second unopposed motion for extension of time to file her combined appellee's and cross-appellant's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 17, 2023. Because the brief was first due December 19, 2022, we caution that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE